No. 92–515. WISCONSIN *v.* MITCHELL. Sup. Ct. Wis. Motion of Chicago Lawyers' Committee for Civil Rights Under Law for leave to file a brief as *amicus curiae* granted. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 92–725. GODINEZ, WARDEN *v.* MORAN. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 91–6929. BASKIN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–8686. SOTOLONGO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–470. SCHEIDT ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied.

No. 92–505. BARR *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–517. PAYNE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–539. CLARK ET AL. *v.* JENKINS ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–547. CORCORAN ET AL. *v.* UNITED HEALTHCARE, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–632. LAUER *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 92–676. WILBURN *v.* CONSOLIDATED RAIL CORPORATION. C. A. 3d Cir. Certiorari denied.